Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza
Newark, New Jersey  07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com
sarah.sullivan@saul.com

*Attorneys for Plaintiffs*
*BioMarin Pharmaceutical Inc. and*
*Merck & Cie*

*Of Counsel*:

Jason G. Winchester
Matthew J. Hertko
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601-1692
(312) 782-3939

*Attorneys for Plaintiff*
*BioMarin Pharmaceutical Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BIOMARIN PHARMACEUTICAL INC. and MERCK & CIE,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**AUROBINDO PHARMACEUTICALS LTD. and AUROBINDO PHARMA USA, INC.,**<br><br>**Defendants.** | Civil Action No. 22-2345 (MAS)(TJB)<br><br>**NOTICE OF DISMISSAL**<br><br>**(Filed Electronically)** |

## NOTICE OF DISMISSAL, WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, BioMarin Pharmaceutical Inc. and Merck & Cie ("Plaintiffs") hereby dismiss all claims asserted in this action, without prejudice.  At the time of filing this Notice of Dismissal, Defendants have not served an Answer or Motion for Summary Judgment in this matter.

| | |
|---|---|
| Dated:  June 23, 2022 | By:  s/ Charles M. Lizza  <br>Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>SAUL EWING ARNSTEIN & LEHR LLP<br>One Riverfront Plaza<br>Newark, New Jersey  07102-5426<br>(973) 286-6700<br>clizza@saul.com<br><br>*Attorneys for Plaintiffs*<br>*BioMarin Pharmaceutical Inc. and*<br>*Merck & Cie* |
| *Of Counsel*:<br><br>Jason G. Winchester<br>Matthew J. Hertko<br>JONES DAY<br>77 West Wacker, Suite 3500<br>Chicago, IL 60601-1692<br>(312) 782-3939<br><br>*Attorneys for Plaintiff*<br>*BioMarin Pharmaceutical Inc.* | |